**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Stephen Paine, Janna McCarter Paine as trustee for Stephen B. Paine Family Trust, Stephen Bartlett Paine, Jr., William Edward Paine, Leanne Patricia Paine v. James M. Golden, Automated Cash, Inc., and Automated ATM Service Corporation

Appellate case number: 01-21-00399-CV

Trial court case number: 2016-87802

Trial court: 151st District Court of Harris County

Appellees James M. Golden, Automated Cash, Inc., and Automated ATM Service Corporation filed a motion for rehearing of our December 20, 2022 memorandum opinion. The Court requests a response to the motion. The appellants are ordered to file a response to the motion for rehearing, which is **due on February 21, 2023**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
☑ Acting individually ☐ Acting for the Court

Date: _____January 31, 2023_____